IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Deana Vondriska, Jennifer Andrews
individually and on behalf of other similarly
situated employees,

       Plaintiffs,                    Case No.: 8:07-cv-1322-T-23-TGW

v.

Gerald Cugno, and
Paychex Business Solutions, Inc.,

       Defendants.

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiffs, Defendant Gerald Cugno, and Defendant Paychex Business Solutions, Inc. reached a mutual resolution of the above-captioned matter during the March 17, 2011 mediation with Court-appointed mediator Mary A. Lau, Esq. as noted in the Mediation Report (ECF No. 243). The parties file this Notice of Settlement pursuant to M.D. Fla. Local Rules 9.06 and 3.08.

The parties are currently preparing the joint motion and stipulation of settlement with a proposed settlement notice and claim form for the Court's preliminary approval of the settlement. The parties anticipate filing these documents with the Court in early April, 2011. If the Court would like to discuss the settlement prior to the parties filing their joint motion, the parties will make themselves available for a telephone conference at the Court's request.

RESPECTFULLY SUBMITTED this 29th day of March, 2011.

s/Matthew H. Morgan_____
Donald H. Nichols, MN Bar No. 78918*
Paul J. Lukas, MN Bar No. 22084X*
Matthew H. Morgan, MN Bar No. 304657*
NICHOLS KASTER, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 256-3200
Facsimile:  (612) 215-6870
morgan@nka.com
*Admitted *pro hac vice*

Matthew K. Fenton, Fla. Bar No. 0002089
WENZEL FENTON CABASSA, P.A.
1110 North Florida Avenue
Suite 300
Tampa, Florida 33602
Telephone: (813) 224-0431
Facsimile: (813) 229-8712
mfenton@wfclaw.com

*Attorneys for Plaintiffs*


s/Jennifer Fowler-Hermes_____
John M. Hament, Fla. Bar No. 937770
Jennifer Fowler-Hermes, Fla. Bar No. 0127442
KUNKEL MILLER & HAMENT
Orange Professional Centre
235 N. Orange Ave., Suite 200
Sarasota, Florida 34236
Telephone: (941) 365-6006
Facsimile: (941) 365-6209
john@kmhlaborlaw.com
jennifer@kmhlaborlaw.com

*Attorneys for Defendant Paychex Business Solutions, Inc.*

_____
Gerald Cugno[1]

*Pro Se Defendant*

---

[1] At the time of filing, counsel for Plaintiffs and Paychex have not received a signature from Defendant Cugno. This Notice of Settlement will be supplemented once his signature is received.

2

**CERTIFICATE OF SERVICE**

    I **HEREBY CERTIFY** that a true and correct copy of the foregoing document has been filed with the Clerk of the Court on March 29, 2011 by using the CM/ECF system which will send a notice of electronic filing to:

Mary A. Lau Mlau@laulane.com
Eric Paul Berezin epberezin@duanemorris.com, bcjasik@duanemorris.com
John M. Hament john@kmhlaborlaw.com
Matthew K. Fenton mfenton@wfclaw.com, swenzel@wfclaw.com, thaney@wfclaw.com, vlee@wfclaw.com
Jennifer M. Fowler-Hermes jennifer@kmhlaborlaw.com, cindy@kmhlaborlaw.com
Erika R. Royal erika.royal@hklaw.com, michelle.arias@hklaw.com
Donald H. Nichols nichols@nka.com, assistant@nka.com
Paul J. Lukas lukas@nka.com, assistant@nka.com
Edward Diaz edward.diaz@hklaw.com, anabel.avalos@hklaw.com
Timothy C. Selander selander@nka.com, assistant@nka.com
Matthew H. Morgan morgan@nka.com, assistant@nka.com
Rebekah L. Bailey bailey@nka.com
Reena I. Desai rdesai@nka.com, assistant@nka.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Gerald Cugno
10912 Summerton Drive
Riverview, FL 33579

                                                                                                                  s/Matthew H. Morgan
                                                                                                                   Matthew H. Morgan