UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEANA VONDRISKA, et al.

    Plaintiffs,

v.                            CASE NO.: 8:07-cv-1322-T-23TGW

GERALD CUGNO and,
PAYCHEX BUSINESS SOLUTIONS, INC.,

    Defendants.
_____/

## **ORDER**

The plaintiffs sue under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (the "FLSA"), and allege claims arising from their employment. The parties move (Doc. 246) for approval of a proposed settlement. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982).

The parties state that the settlement presents a bona fide compromise of the issue of "whether Defendants qualify as employers of Plaintiffs under the FLSA." (Doc. 246, Page 5) The parties also state that each party faces substantial litigation risk and expense (Doc. 246, Page 5) and that the agreement includes every term of the settlement. See Dees v. Hydradry, Inc., 706 F.Supp.2d 1227 (M.D. Fla. 2010). The settlement agreement provides that the defendants will pay the plaintiffs $150,000, which includes attorney's fees of $50,000, costs of $30,844, administration costs of $3,000, and a $500 recognition payment to each named plaintiff. (Doc. 246-2, Page 8)

The settlement agreement provides a "fair and reasonable resolution of a bona fide dispute." Lynn's Food Stores, 679 F.2d at 1355.  Accordingly, the parties' motion (Doc. 246) for approval of the settlement agreement is **GRANTED**, and the settlement agreement is **APPROVED**.  In accord with the parties' settlement agreement, this action is **DISMISSED WITH PREJUDICE**.  The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on May 6, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE